FILED
2006 Jul-19 AM 09:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED

Thomas K. Kahn
Clerk

06 JUL 18 PM 2: 57

U.S. DISTRICT COURT
N.D. OF ALABAMA

**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

For rules and forms visit
www.ca11.uscourts.gov

July 17, 2006

Perry D. Mathis
Clerk, U.S. District Court
1729 5TH AVE N STE 140
BIRMINGHAM AL 35203-2050

**Appeal Number: 05-15457-GG**
Case Style: EEOC v. RPH Management, Inc.
District Court Number: 03-00502 CV-RRA-W

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

Also enclosed are the following:
    Original Exhibits, consisting of: two folders
    Original record on appeal or review, consisting of: three volumes

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being mailed to counsel and pro se parties. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: James O. Delaney (404) 335-6113

Encl.

MDT-1 (06/2006)

# FILED United States Court of Appeals
## For the Eleventh Circuit

```
06 JUL 18 PM 2:57

U.S. DISTRICT COURT
N.D. OF ALABAMA
```

No. 05-15457

District Court Docket No.
03-00502-CV-RRA-W

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

May 22, 2006

THOMAS K. KAHN
CLERK

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

   Plaintiff-Appellee,

versus

RPH MANAGEMENT, INC.,
d.b.a. McDonald's,

   Defendant-Appellant.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

---

Appeal from the United States District Court
for the Northern District of Alabama

---

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

ISSUED AS MANDATE
JUL 1 7 2006
U.S. COURT OF APPEALS
ATLANTA, GA.

Entered: May 22, 2006
For the Court: Thomas K. Kahn, Clerk
By: Gilman, Nancy

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 05-15457

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 22, 2006
THOMAS K. KAHN
CLERK
```

D. C. Docket No. 03-00502-CV-RRA-W

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                                    Plaintiff-Appellee,

versus

RPH MANAGEMENT, INC.,
d.b.a. McDonald's,

                                    Defendant-Appellant.

Appeal from the United States District Court
for the Northern District of Alabama

(May 22, 2006)

Before HULL and WILSON, Circuit Judges, and DUPLANTIER[*], District Judge.

---

[*]Honorable Adrian G. Duplantier, United States District Judge for the Eastern District of Louisiana, sitting by designation.

PER CURIAM:

After review and oral argument, we find no reversible error in the magistrate judge's order dated September 2, 2005.

**AFFIRMED.**

A True Copy - Attested
Clerk U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

FILED

06 JUL 18 PM 2:57

U.S. DISTRICT COURT
N.D. OF ALABAMA

Perry D. Mathis
Clerk, U.S. District Court
1729 5TH AVE N STE 140
BIRMINGHAM AL 35203-2050

July 17, 2006

**Appeal Number: 05-15457-GG**
Case Style: EEOC v. RPH Management, Inc.
District Court Number: 03-00502 CV-RRA-W

- TO: Perry D. Mathis

- CC: Heather Fisher Lindsay

- CC: Charles A. Powell, III

- CC: Justin Anthony Barkley

- CC: Paul D. Ramshaw

- CC: Hon. Robert R. Armstrong Jr.

- CC: Administrative File